KGB

# United States District Court

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED MAY 19 2006

LORETTA G. WHYTE
Clerk BB

**CRIMINAL COMPLAINT**

MARLO THOMAS
EVRETT PAYNE
JOSEPH DEGREAT
WILLIE WHITE
ANDREW WILLIAMS
NAKOSHA SMITH

**CASE NUMBER: 06- 089 MAG**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **beginning at a time unknown & continuing until May 18, 2006** in **St. Tammany Parish** in the **EASTERN** District of **LOUISIANA** defendant(s) did, (Track Statutory Language of

conspire to possess with the intent to distribute five (5) kilograms or more of cocaine hydrochloride, a Schedule II narcotic drug controlled substance;

in violation of Title **21** United States Code, Section(s) **846 & 841(a)(1)**

I further state that I am a(n) **Special Agent - DEA** and this complaint is based on the following facts:

See Attached Affidavit

__ Fee____
__ Process____
X Dktd____
__ CtRmDep____
__ Doc. No.____

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Chad Scott
Signature of Complainant
*CHAD SCOTT*
**Special Agent/DEA**

***Sworn to before me and subscribed in my presence.***

MAY 19, 2006 at NEW ORLEANS, LOUISIANA
Date City and State

LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Louis Moore, Jr.
Signature of Judicial Officer

# AFFIDAVIT

I, Chad Scott, being duly sworn, depose and state the following:

I am a Special Agent with the Drug Enforcement Administration, U.S. Department of Justice, and as such am empowered by Title 21, United States Code, Section 878 to make arrest and obtain and execute search warrants. I am currently assigned to Task Force Group 10 in the New Orleans Field Division. I have been employed by the Drug Enforcement Administration (DEA) in excess of five years. During the course of my employment with DEA, I have participated in several drug trafficking investigations, and have received extensive training in drug trafficking and drug trafficking investigations. Prior to my employment with the DEA, I was employed as a criminal investigator for the Tangipahoa Parish Sheriff's department assigned to narcotics for approximately eight years. While employed by the Tangipahoa Parish Sheriff's Department, I was assigned to the DEA Task Force in New Orleans, Louisiana for approximately four years. I have testified in judicial proceedings and prosecutions for violations of Federal and State laws concerning controlled substances. I make this affidavit based on my own personal observations concerning this investigation, upon the observations of other agents and sworn law enforcement officers, and the statements of the accused.

The facts outlined below offered in support of this complaint are based upon the personal knowledge of your affiant and information relayed to me by other investigating agents of the DEA Task Force.

In May 2006, DEA Houston Field Division began an investigation into an identified source of supply for narcotics in Houston, Texas. Information derived from a proven reliable confidential source indicated that the Houston Source of supply was supplying narcotics to several individuals in the New Orleans Metropolitan area. As a result of this information, Houston DEA, identified several vehicles utilized by the Houston source of supply to transport drugs and money from Texas to Louisiana. On May 17, 2006, DEA Houston initiated surveillance on a vehicle associated with the Houston Source of supply. Surveillance followed the vehicle from Houston, Texas to Louisiana. While traveling on Interstate 10 near Laplace, Louisiana, the vehicle in question was stopped by the St. John Parish Sheriff's Department for improper lane usage. The driver of the vehicle was identified as Evrett PAYNE of New Orleans, Louisiana. PAYNE was operating the vehicle registered to Paul Aguirre and Power Toy Cycles from Houston, Texas. The occupants of the vehicle were identified as Marlo THOMAS and Joseph DEGREAT of New Orleans, Louisiana. A criminal history check revealed all three occupants had a criminal history for prior narcotics trafficking.

Surveillance was maintained following the traffic stop, and the vehicle was followed to the residence located at 2050 Heather Lane, Slidell, Louisiana. When the vehicle driven by PAYNE (a Ford F-250) arrived at the residence another vehicle (a flat bed truck) with

Texas plates arrived and met with the occupants of the vehicle driven by PAYNE. THOMAS, PAYNE, DEGREAT and the driver of the flat bed truck later identified as Willie WHITE were observed meeting near the flat bed truck. TFA Martin observed PAYNE, THOMAS and WHITE unloading bags from an area under the flat bed truck. After a brief meeting, TFA Heath Martin observed PAYNE and DEGREAT carrying two large duffle bags into the residence. TFA Martin then observed a Pontiac Firebird arrive at the residence. After several minutes, TFA Martin observed WHITE exit the residence carrying a duffle bag and a box to the flat bed truck. TFA Martin observed WHITE load the bag and box onto the rear portion of the vehicle. The truck then left the residence followed by surveillance and was stopped by the St. Tammany Parish Sheriff's Department, patrol division. The driver of the vehicle was identified as Willie WHITE of Houston, Texas. WHITE was stopped for a traffic violation and after investigation, he provided consent to search the vehicle. During a search of the vehicle, agents searched the box which contained a large sum of U.S. Currency which was heat sealed in a manner consistent with bulk currency smuggling. WHITE was also in possession of a cellular telephone. WHITE denied ownership of the currency and advised that he did know the currency was secreted inside rear tool box / compartment area of the vehicle.

All vehicles at the residence left in a close time proximity and were subsequently stopped by the St. Tammany Parish Sheriff's Department, patrol division. DEGREAT was stopped driving the F-250 as it left the residence. At the time of the stop, S/A Scott observed the strong odor of suspected burnt marijuana coming from within the vehicle. All occupants, THOMAS, PAYNE, and DEGREAT were removed from the vehicle. All three occupants were found to be in possession of large sums of U.S. Currency on their persons andeach person was also found to be in possession of a cellular telephone.

Following the stop of these vehicles, TFA Martin observed Andrew WILLIAMS exit the residence and began looking up and down the street in a manner consistent with counter surveillance. Based on your affiant's experience, large scale drug dealers constantly conduct counter surveillance and keep in telephone contact with each other to make sure that law enforcement has not apprehended any co-conspirators. This fact and the fact TFA Martin believed that WILLIAMS observed him hiding near the residence a decision was made to secure the residence, due to the possibility that Agents were identified and evidence of criminal activity could be removed from the residence or destroyed. Agents then made entry into the residence for securing purposes and identified the occupants as Andrew WILLIAMS and Nakosha SMITH located the master bedroom of the residence. WILLIAMS and SMITH were advised of their Miranda Warnings by S/A Scott, as witnessed by TFA Martin. WILLIAMS provided written permission to search the residence and stated that the occupants of the F-250 vehicle, left duffle bags in his master bedroom closet. WILLIAMS then escorted S/A Scott and Det. Powe to the bedroom and showed Agents and Detectives two duffle bags. WILLIAMS advised that the duffel bags in question, contained several kilograms of suspected cocaine and possibly MDMA tablets. S/A Scott, after being granted written consent to search the residence, opened the top duffle bag and observed a large amount of suspected cocaine. WILLIAMS stated that Marlo THOMAS brought the duffle bags in the bedroom earlier in the night and told WILLIAMS he would be back later.

A state authorized search warrant was obtained for the residence located at 2050 Heather Lane in Slidell, Louisiana. Once the warrant was obtained a complete search of the residence was completed. The two duffle bags previously located were opened and contained a total of fifty kilogram packages of cocaine contained in heat sealed envelopes. Agents located inside one of the duffle bags, a loaded Smith and Wesson 9mm semi-automatic handgun with the serial number obliterated. Agents also recovered from the bedroom closet: a digital scale, approximately 3500 dosage units of MDMA (ecstacy), and U.S. Currency. In the same bedroom, Agents located a money counting machine, a Glock 40 caliber semi-automatic handgun, marijuana, and an empty box of heat sealed bags and additional quantities of U.S. Currency located throughout the bedroom. In the kitchen area of the residence, Agents located a heat sealer and approximately three pounds of marijuana located in the freezer.

WILLIAMS told TFA Martin that the MDMA was left at the residence by THOMAS approximately two weeks ago. WILLIAMS stated that he has sold quantities of 100 count or more of MDMA on several prior occasions. WILLIAMS stated that he had meet with an unidentified b/m from Mississippi and received a large sum of U.S. Currency that was to be delivered to THOMAS. WILLIAMS stated that following "Hurrican Katrina" THOMAS evacuated to Houston, Texas. While in Houston, Texas, THOMAS met a Hispanic Male unknown to WILLIAMS who began supplying THOMAS with large quantities of cocaine and MDMA. WILLIAMS stated that while at his residence, THOMAS utilized the heat sealer to package an unknown quantity of U.S. Currency. WILLIAMS again stated that THOMAS left the bags in his closet. WILLIAMS also stated that PAYNE was related to SMITH and that PAYNE and THOMAS had been to the house on previous occasions with drugs while SMITH was present.

S/A Scott and TFA Heath Martin advised DEGREAT of his Miranda Warning while at the St. Tammany Parish Sheriff's Department in Slidell, Louisiana. DEGREAT stated that he was just catching a ride from Texas to Louisiana. DEGREAT stated that he was aware of THOMAS' involvement in trafficking illegal drugs. According to DEGREAT, during the traffic stop in Laplace, Louisiana THOMAS told DEGREAT and PAYNE that they (law enforcement) stopped the wrong vehicle. After leaving the stop in Laplace all three individuals discussed the fact that the police stopped the wrong vehicle. DEGREAT stated that THOMAS then contacted the individual driving the vehicle with the "load".

S/A Scott and TFA MARTIN advised WHITE of his Miranda Warnings while at the St. Tammany Parish Sheriff's Department in Slidell, Louisiana. WHITE stated that he picked up the bags from and individual WHITE identified as "Robert". WHITE identified "Robert's" telephone number in WHITE'S phone. WHITE stated that he met "Robert" at the Flying J Truck Stop located in Interstate 45 in Houston, Texas. WHITE stated that "Robert" instructed WHITE to travel to Slidell, Louisiana with the bags. Upon arrival in Slidell, Louisiana "Robert" provided directions to the residence where he dropped off the bags to THOMAS and the guy in the black shirt. (DEGREAT was

wearing a black T-Shirt at the time of his arrest). WHITE stated that while inside the residence, WILLIAMS provided WHITE with the box which contained the heat sealed bags of United States Currency. Initially, WHITE stated that he did not know what was in the bags. WHITE then stated to S/A Scott, "Man, I'm not going to lie, to tell the truth, I thought it was marijuana". WHITE stated that he was to receive $500.00 for making the delivery. WHITE stated that the money was to be delivered to the truck stop by 10:00 a.m. on 05-18-2006.

THOMAS was also advised of his Miranda Warnings and interviewed by S/A Scott and TFA Martin. Agents questioned THOMAS about his source of supply for the cocaine. THOMAS stated to S/A Scott, "Ya'll must be trying to get me killed" he further stated, "I'm going to jail no matter what". THOMAS then stated he needed to talk to a lawyer.

Agents conducted a field test of the cocaine, marijuana, and ecstacy which resulted in a positive result for each.

Chad Scott

LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE

May 19, 2006